1054

THE STATE OF WASHINGTON, *on the Relation of Slade Gorton, Respondent,* v. R. BRUCE RIPLEY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Spokane County, No. 238555, Harold D. Clarke, J., entered December 7, 1977. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.

THE STATE OF WASHINGTON, *Respondent,* v. DMITRI BORGMANN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 69555, James B. Mitchell, J., entered March 2, 1978. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and Roe, J.

THE CITY OF RICHLAND, *Respondent,* v. KENNETH G. VOLKMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 4498, Robert S. Day, J., entered May 3, 1978. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and Roe, J.

TODD GILMORE, JR., *Appellant,* v. SUSAN L. GILMORE, *Respondent.*

Appeal from a judgment of the Superior Court for Whitman County, No. 26292, Del Cary Smith, Jr., J., entered March 24, 1978. *Remanded* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.